United States District Court
Southern District of Texas
**ENTERED**
April 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| EDITH PUENTE, | § | |
|     Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-15-190 |
| | § | |
| STATE FARM LLOYDS, | § | |
|     Defendant. | § | |

## ORDER

Pending is the Magistrate Judge's March 28, 2016, Report and Recommendation in the above-referenced cause of action. [Doc. No. 12] No objections have been lodged by either side and the time for doing so has expired.

Having reviewed all of the pleadings and the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, the motion to remand filed by Edith Puente [Doc. No. 6] is granted and this case is remanded to the 444th District Court in Cameron County, Texas. Further, Puente's motion for the award of attorney's fees is denied.

Signed this 29th day of April, 2016.

                                                                        Andrew S. Hanen
                                                                       United States District Judge